United States District Court
Southern District of Texas
**ENTERED**
April 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCELLA BACA, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:18-cv-00118 |
| | § § | |
| ALLTRAN FINANCIAL, LP, | § § § | |
| Defendant. | § § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed that the parties have reached a settlement and expect to finalize it within sixty days. (Doc. No. 6.) The case is therefore **DISMISSED WITHOUT PREJUDICE**. The lawsuit shall be reinstated if either Plaintiff or Defendant represents to the Court, within sixty days of this Order, that the settlement could not be documented completely. The claims will be **DISMISSED WITH PREJUDICE** sixty days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 12th day of April, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE